IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BESSMAN C. OKAFOR,**
       **Plaintiff,**

vs.  Case No. 3:08cv379/RV/MD

**WALTER A. MCNEIL, et al.,**
       **Defendants.**

### REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on September 3, 2008 by filing a civil rights complaint and a motion to proceed *in forma pauperis*. Plaintiff's motion to proceed *in forma pauperis* (doc. 6) was accompanied by an outdated prisoner consent form and plaintiff was given thirty (30) days to update his consent form (doc. 8). Having received no response from plaintiff, this court entered a show cause order (doc. 9) directing the plaintiff to show cause, within twenty (20) days, why his case should not be dismissed for his failure to comply with an order of the court. To date, plaintiff has failed to respond or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be dismissed without prejudice for failure to prosecute and failure to comply with an order of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 13th day of January, 2009.

/s/ *Miles Davis*
       **MILES DAVIS**
       **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** ***United States v. Roberts****,* **858 F.2d 698, 701 (11th Cir. 1988).**